Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/28/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLES WHITLEY EMERSON, III,<br><br>    Debtor. | Case No. 3:16-bk-02339<br><br>Chapter 11<br><br>Judge Mashburn |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC10,<br><br>    Movant,<br><br>v.<br><br>CHARLES WHITLEY EMERSON, III,<br><br>    Respondent. | **CONTESTED MATTER** |

**AGREED ORDER RESOLVING BNY MELLON'S OBJECTION TO CONFIRMATION OF DEBTOR'S ORIGINAL CHAPTER 11 PLAN**

This matter is before the Court on The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC10, Mortgage-Pass Through Certificates, Series 2006-OC10'S ("BNY Mellon") Objection to Confirmation of the Debtor's Original Chapter 11 Plan. *See* [Doc. 77]. As evidenced by the signatures of counsel below, the parties have come to an agreement on all matters raised in the Objection, and have agreed to amend the treatment of BNY Mellon in the Original Chapter 11 Plan, [Doc. 53] (the "Plan"). Accordingly, the Court hereby **ORDERS** as follows:

1

The treatment of Class 3-A in the Plan, as it relates to the claim stated in the Plan to be in the name of "Select Portfolio Servicing" and the property at 1029 Dorset Drive, Hendersonville, TN 37075 is are hereby deleted in its entirety and replaced with the following in the Plan:

| 3-A | Secured claim of: <br><br> • Name = The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC10, Mortgage-Pass Through Certificates, Series 2006-OC10 <br> • Collateral description = 1029 Dorset Dr., Hendersonville, TN 37075 <br> • Collateral value = $398,200.00 <br> • Priority of security instrument = first <br> • Principal owed = $345,583.15 <br> • Total claim amount = $345,583.15 <br> • Total arrearage through April 1, 2017 = $24,872.04. To the extent any additional post-petition arrears accrue, the Debtor agrees to pay the increased amount. | N | Y, Claims in this class are entitled to vote on the plan | • Pymt interval = monthly <br> • Pymt amount = $2,255.64 (P&I + escrow payments, which may fluctuate and change the amount of the monthly payment per the terms of the loan documents) + Arrearage cure payment of $690.89 for 36 months at 0.0% interest <br> • Begin date = May 1, 2017 <br> • End date = contract end date (July 1, 2036), at which point the Debtor acknowledges and reaffirms that a balloon payment of $262,819.92 is due. <br> • Interest rate = contract <br> • Treatment of lien = Retained until completion of payments |
|---|---|---|---|---|

Because BNY Mellon's claim is secured only by a security interest in the Debtor's principal residence, none of the terms above shall be construed as modifying BNY Mellon's rights in any respect. *See* 11 U.S.C. § 1123(b)(5). In the event that any amended plan(s) are filed by the Debtor, the above-described plan treatment shall supersede any contrary treatment

2

contained in such amended plan(s). Further, BNY Mellon agrees that this Order constitutes a ballot accepting the Plan, as modified by this Order.

# # #

**PREPARED AND PRESENTED BY AND CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC10, Mortgage-Pass Through Certificate, Series 2006-OC10*

**CONSENTED TO:**

*/s/ Steven L. Lefkovitz (by BJC w/ permission)*
STEVEN L. LEFKOVITZ (BPR # 001146)
**LEFKOVITZ & LEFKOVITZ**
618 Church Street, Suite 410
Nashville, TN 37219
(615) 256-8300 (Telephone)
slefkovitz@lefkovitz.com

*Attorney for Debtor*

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:16-bk-02339    Doc 82    Filed 03/28/17    Entered 03/28/17 12:54:30    Desc Main
Document      Page 3 of 3