Form hrgnot

## UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:16−bk−02339
Chapter 11
Judge Randal S Mashburn

In Re:
   CHARLES WHITLEY EMERSON III
   aka Charles W Emerson MD, aka Trey
   Emerson, aka Charles W Emerson III, aka
   Trey Emerson MD
   1029 Dorset Drive
   Hendersonville, TN 37075

Social Security No.
   xxx−xx−2434

Employer's Tax I.D. No.

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 7/21/20 at 09:30 AM

to consider and act upon the following:

*103* − Debtor's Motion For Contempt For Violation of the Automatix Stay Provisions of Section 362 and the Order of Confirmation Certificate of Service mailed on 6/17/2020. Filed on the behalf of: Debtor CHARLES WHITLEY EMERSON III. (LEFKOVITZ AND LEFKOVITZ, PLLC)

Dated: 6/18/20                                                                       /s/ TERESA C. AZAN
                                                                                        Clerk, U.S. Bankruptcy Court